1  NINA F. LOCKER, State Bar No. 123838
   RODNEY G. STRICKLAND, JR., State Bar No. 161934
2  ETHAN D. ROBERTS, State Bar No. 228713
   MERAV AVITAL-MAGEN, State Bar No. 236144
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100

Attorneys for Defendant
ALVARION LTD.

Case 3:07-cv-00719-JSW   Document 9   Filed 05/07/2007   Page 1 of 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Manfred Hacker, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALVARION LTD, ZVI SLOMINSKY, DAFNA GRUBER AND MEIR BAREL,<br><br>Defendants. | CASE NO.: C-07-00719 JSW<br><br>STIPULATION AND [PROPOSED] ORDER RE: INITIAL CASE MANAGEMENT CONFERENCE |

1   WHEREAS, on May 1, 2007, this Court issued orders relating the above-captioned
2   securities class action lawsuit to the earlier-filed *Meir v. Alvarion Ltd.*, Case No. C 07-0374 JSW
3   ("*Meir*") pursuant to Civil Local Rule 3-12; and

4   WHEREAS, the Court's May 1, 2007, Order provides that the initial Case Management
5   Conference previously scheduled to occur on May 25, 2007 "will be rescheduled by the Court";
6   and

7   WHEREAS, on May 4, 2007, the Court issued an Order rescheduling the initial Case
8   Management Conference in the *Meir* action to August 24, 2007; and

9   WHEREAS, the parties request that the initial Case Management Conference in this
10  action occur at the same time as the initial Case Management Conference in the related *Meir*
11  action;

12  IT IS THEREFORE STIPULATED AND AGREED by plaintiff and Alvarion, through
13  their respective counsel of record, that the initial Case Management Conference in this action
14  shall be scheduled for 1:30 p.m. on August 24, 2007 so that it can occur with the initial Case
15  Management Conference in the related *Meir* action.

17  Dated: May 7, 2007            WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation

19                                 By: _____/s/ Rodney G. Strickland, Jr._____
                                           Rodney G. Strickland, Jr.

                                   Attorneys for Defendant
                                   ALVARION LTD.

23  Dated: May 7, 2007            SCOTT + SCOTT LLP

                                   By: _____/s/ Arthur L. Shingler III_____
                                           Arthur L. Shingler III

                                   Attorneys for Plaintiff
                                   MANFRED HACKER

STIPULATION AND [PROPOSED] ORDER          - 1 -          C:\NrPortbl\PALIB1\LK2\3112731_1.DOC
RE: INITIAL CMC; NO. C-07-0374-JSW

1

## * ORDER *

2  Pursuant to the foregoing Stipulation, and good cause appearing therefor, the initial Case

3  Management Conference in this action shall be rescheduled for 1:30 p.m. on August 24, 2007.

4  IT IS SO ORDERED.

5  Dated: May 8, 2007

                                                                                        _____
6                                                                                   Hon. Jeffrey S. White
                                                                                     U.S. District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28